(V.D. 109)

HERMAN H. STICHT CO., INC. *v.* UNITED STATES

Entry No. 846088.

(Decided March 4, 1960)

*Strauss & Hedges* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

LAWRENCE, Judge: This is a valuation proceeding which arose by reason of a judgment rendered by the second division of this court in the case of *Herman H. Sticht & Co., Inc., et al.* v. *United States*, 38 Cust. Ct. 480, Abstract 60687.

The cause of action, having been formally abandoned, is dismissed. Judgment will issue accordingly.